AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DEES, HARRY C. | United States Bankruptcy Court | 4/29/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

Robert K. Rodibaugh United States Bankruptcy Courthouse
401 South Michigan Street
South Bend, Indiana 46601

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 4/29/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 4/29/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Financial Corp; Terre Haute, IN | A | Dividend | J | T | | | | | |
| 2. USAA Federal Savings Bank | B | Int./Div. | M | T | | | | | |
| 3. USAA Cornerstone Strategy Mutual Fund | A | Int./Div. | K | T | | | | | |
| 4. USAA World Growth Mutual Fund | A | Int./Div. | K | T | | | | | |
| 5. TRUST #1 | | | | | | | | | |
| 6. -3M COMMON STOCK | A | Dividend | J | T | | | | | |
| 7. -ABBOTT LABS COMMON STOCK | A | Dividend | J | T | | | | | |
| 8. -ABBVIE INC COMMON STOCK | A | Dividend | J | T | Spinoff (from line 7) | 01/08/13 | J | | |
| 9. -ALTRIA GROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. -AMERICAN FUNDS 433 CAP W/G MUTUAL FUND | A | Dividend | J | T | | | | | |
| 11. -APACHE COMMON STOCK | A | Dividend | J | T | | | | | |
| 12. -AT & T COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. -BAXTER INTERNATIONAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. -CMS ENERGY COMMON STOCK | A | Dividend | J | T | | | | | |
| 15. -CENTURYLINK COMMON STOCK | A | Dividend | J | T | | | | | |
| 16. -CHEVRON COMMON STOCK | A | Dividend | K | T | | | | | |
| 17. -COLGATE PALMOLIVE COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 4/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐     NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -DANAHER COMMON STOCK | A | Dividend | K | T | | | | | |
| 19. -DOLLAR GENERAL COMMON STOCK | | None | J | T | | | | | |
| 20. -ECOLAB COMMON STOCK | A | Dividend | K | T | | | | | |
| 21. -EVEREST RE GROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 22. -EXXON MOBIL COMMON STOCK | B | Dividend | K | T | | | | | |
| 23. -FIRST FINANCIAL COMMON STOCK | A | Dividend | K | T | | | | | |
| 24. -FORD MOTOR COMMON STOCK | A | Dividend | J | T | | | | | |
| 25. -GENERAL DYNAMICS COMMON STOCK | A | Dividend | J | T | | | | | |
| 26. -GENERAL ELECTRIC COMMON STOCK | A | Dividend | K | T | | | | | |
| 27. GENERAL MILLS COMMON STOCK | A | Dividend | J | T | | | | | |
| 28. -INTEL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 29. -IBM COMMON STOCK | A | Dividend | K | T | | | | | |
| 30. -INVESCO LTD COMMON STOCK | A | Dividend | J | T | | | | | |
| 31. -JOHNSON- JOHNSON COMMON STOCK | A | Dividend | K | T | | | | | |
| 32. -KLA-TENCOR CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 33. -LOWES COMMON STOCK | A | Dividend | J | T | | | | | |
| 34. -MCDONALDS CORP COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 4/29/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -MEDTRONIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 36. -MERCK COMMON STOCK | A | Dividend | J | T | | | | | |
| 37. -METLIFE INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 38. -MICROCHIP TECH COMMON STOCK | A | Dividend | J | T | | | | | |
| 39. -MICROSOFT COMMON STOCK | A | Dividend | K | T | | | | | |
| 40. -NEXTERA ENERGY COMMON STOCK | A | Dividend | J | T | | | | | |
| 41. -NIKE COMMON STOCK | A | Dividend | K | T | | | | | |
| 42. -PHILLIP MORRIS COMMON STOCK | A | Dividend | J | T | | | | | |
| 43. -PRAXAIR COMMON STOCK | A | Dividend | J | T | | | | | |
| 44. -PROCTER & GAMBLE COMMON STOCK | A | Dividend | K | T | | | | | |
| 45. -QUALCOMM COMMON STOCK | A | Dividend | J | T | | | | | |
| 46. -ROYAL DUTCH SHELL PLC A SHARES FOREIGN EQUITY | A | Dividend | J | T | | | | | |
| 47. -SMUCKER J M COMMON STOCK | A | Dividend | K | T | | | | | |
| 48. -TARGET COMMON STOCK | A | Dividend | J | T | | | | | |
| 49. -TEVA PHARMACEUTICALS FOREIGN EQUITY | A | Dividend | J | T | | | | | |
| 50. -TORONTO-DOMINION FOREIGN EQUITY | A | Dividend | J | T | | | | | |
| 51. -UNITED TECHNOLOGIES COMMON STOCK | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 4/29/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -VANGUARD #51 ENERGY MUTUAL FUND | A | Dividend | J | T | | | | | |
| 53. -VERIZON COMMON STOCK | A | Dividend | J | T | | | | | |
| 54. -BARTHOLOMEW CNTY IN BLDG FAC 4.25 DUE 07/15/2016 MUNI BOND | B | Interest | K | T | | | | | |
| 55. -BOCA RATON FL 3.50 DUE 07/01/2014 MUNI BOND | A | Interest | K | T | | | | | |
| 56. -BROWNSBURG IN 1999 SCH BLDG 4.00 DUE 07/15/2019 MUNI BOND | B | Interest | L | T | | | | | |
| 57. -CENTRAL NINE IND CAREER CTR 4.00 DUE 07/15/15 MUNI BOND | B | Interest | L | T | | | | | |
| 58. -CROWN POINT IND MULTI SCH BLD 3.25 DUE 01/15/2013 MUNI BD | A | Interest | | | Matured | 01/15/13 | K | | |
| 59. -DENTON TEX INDPT SCH DIST SCH 3.50 DUE 08/15/2016 MUNI BON | B | Interest | K | T | | | | | |
| 60. -E/CHICAGO IN MULTI SB 4.00 DUE 01/15/2015 MUNI BOND | B | Interest | L | T | | | | | |
| 61. -ELKHART IN COMM SCH BLDG 3.00 DUE 7/15/2023 MUNI BOND | A | Interest | K | T | Buy | 03/20/13 | L | | |
| 62. -GREENCASTLE IN SCH 3.30 DUE 07/15/2014 MUNI BOND | B | Interest | K | T | | | | | |
| 63. -GCS SCH BLDG CORP ONE IND 3.25 DUE 01/15/2013 MUNI BOND | A | Interest | | | Matured | 01/15/13 | K | | |
| 64. -GREENE CO IN REDEV AUTH 3.00 DUE 02/01/2022 MUNI BOND | | None | L | T | Buy | 07/12/13 | K | | |
| 65. -GREENVILLE SC PUB FCS 3.60 DUE 04/01/2013 MUNI BOND | A | Interest | | | Matured | 04/01/13 | K | | |
| 66. -HAMILTON CO REDEV AUTH 3.55 DUE 08/01/2021 MUNI BD | B | Interest | K | T | | | | | |
| 67. -HAMMOND IND MULTI SCH BLDG 4.00 DUE 01/15/2015 MUNI BOND | B | Interest | L | T | | | | | |
| 68. -IND HSG & CMNTY DEV S/FMLY 3.95 DUE 01/01/2013 MUNI BOND | A | Interest | | | Matured | 01/01/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 4/29/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -IN ST FIN-DUKE ENERGY SER A2 3.375 DUE 01/01/15 MUNI BOND | B | Interest | L | T | | | | | |
| 70. -IN ST DEPAUW UNIV - B 4.50 DUE 07/01/2020/19 MUNI BOND | B | Interest | L | T | | | | | |
| 71. -IN ST FIN AUTHOR REV 3.25 DUE 09/01/2024 MUNI BOND | B | Interest | K | T | | | | | |
| 72. -IN ST FIN-ROSE HULMAN 1.60 DUE 06/01/2014 MUNI BOND | A | Interest | K | T | | | | | |
| 73. -IN ST UNIV REV HSG DIN SER A 4.00 DUE 04/01/2019 MUNI BOND | B | Interest | L | T | | | | | |
| 74. IN ST FIN-HANOVER CLG 3.00 DUE 05/01/2022 MUNI BOND | A | Interest | K | T | Buy | 04/04/13 | K | | |
| 75. -IVY TECH CMNTY COLLEGE S/FEE 4.00 DUE 07/01/2016 MUNI BOND | A | Interest | K | T | | | | | |
| 76. -JEFFERSONVILLE IN REDEV COMM 2.375 DUE 0715/2022 MUNI BOND | A | Interest | K | T | Buy | 01/15/13 | K | | |
| 77. -JEFFERSONVILLE IN REDEV COMM 3.00 DUE 07/15/2023 MUNI BOND | A | Interest | K | T | Buy | 04/15/13 | K | | |
| 78. -MARION CNTY FLA SCH BRD 5.00 DUE 06/01/2025/17 MUNI BOND | B | Interest | L | T | | | | | |
| 79. -MISS DEV WEST RANKIN UTIL 3.35 DUE 01/01/2015 MUNI BOND | B | Interest | L | T | | | | | |
| 80. -MONROE IND CENT SCH BLDG 4.00 DUE 07/15/2017 MUNI BOND | B | Interest | L | T | | | | | |
| 81. -NOBLESVILLE IN-HAZEL DELL 4.25 DUE 02/01/2014 MUNI BOND | B | Interest | K | T | | | | | |
| 82. -NOBLESVILLE IN REDEV AUTH 4.75 DUE 02/01/2021 MUNI BOND | B | Interest | L | T | | | | | |
| 83. -NW ALLEN IND SCH BLDG CORP 4.00 DUE 01/15/2018 MUNI BOND | B | Interest | L | T | | | | | |
| 84. -PEORIA ARIZ MUN DEV AUTH 4.25 DUE 01/01/2020/18 MUNI BOND | B | Interest | L | T | | | | | |
| 85. -SAINT JOSEPH CNTY IN ECON 4.00 DUE 04/01/2023/20 MUNI BOND | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -SHENANDOAH SCH BLDG 1.00 DUE 07/10/2015 MUNI BOND | A | Interest | K | T | | | | | |
| 87. -SOUTH BEND IN CMNTY SCH CORP 3.00 DUE 07/15/2013 MUNI BOND | B | Interest | | | Matured | 07/15/13 | K | | |
| 88. -SOUTH BEND IN CMNTY SCH CORP 2.00 DUE 07/15/2013 MUNI BOND | A | Interest | | | Matured | 07/15/13 | K | | |
| 89. -SOUTH BEND REDEV 2.50 DUE 05/01/2022 MUNI BOND | | None | K | T | Buy | 11/28/13 | K | | |
| 90. -SOUTH CAROLINA HWY SER A 4.25 DUE 08/01/2017/15 MUNI BOND | B | Interest | L | T | | | | | |
| 91. -SOUTH MADISON IND CMNTY SBC 3.80 DUE 01/10/2016 MUNI BOND | B | Interest | L | T | | | | | |
| 92. -SPEEDWAY IN 1.75 DUE 07/15/2015 MUNI BOND | A | Interest | L | T | | | | | |
| 93. -SPENCER-OWEN FAC IMPT CORP 2.375 DUE 01/15/2014 MUNI BOND | A | Interest | K | T | | | | | |
| 94. -STARKE CNTY IN BLDG CORP 3.00 DUE 08/012023/22 MUNI BOND | | None | K | T | Buy | 10/31/13 | L | | |
| 95. -TERRE HAUTE IND SAN DIST 4.00 DUE 01/01/2016/13 MUNI BOND | B | Interest | | | Redeemed | 07/01/13 | K | A | |
| 96. -TERRE HAUTE IND REDEV DIST 2.25 DUE 08/012021/18 MUNI BOND | A | Interest | K | T | Buy | 01/18/13 | K | | |
| 97. -TERRE HAUTE IND SAN DIST 4.10 DUE 07/01/2019/15 MUNI BOND | B | Interest | L | T | | | | | |
| 98. -TEXAS WOMANS UNIV REF FIN 4.25 DUE 07/01/2017 MUNI BOND | B | Interest | L | T | | | | | |
| 99. -WALLINGFORD CT 4.00 DUE 3/15/2022/16 MUNI BOND | A | Interest | K | T | | | | | |
| 100. -WARSAW IN SEWAGE WKS REV 2.00 DUE 07/01/2020 MUNI BOND | | None | K | T | Buy | 07/24/13 | K | | |
| 101. -WASHINGTON ST CTFS PARTN 4.125 DUE 01/01/2018 MUNI BOND | B | Interest | L | T | | | | | |
| 102. -WASHINGTON DC CONV CTR AUTH 5.00 DUE 10/01/2026 MUNI BOND | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -WASHINGTON MTR VEHICLE FUEL 5.00 DUE 07/01/2027/17 MUNI BD | B | Interest | L | T | | | | | |
| 104. -WESTFIELD IN H/SCHL 1995 BLDG 4.125 DUE 07/15/2021 MUNI BD | B | Interest | K | T | | | | | |
| 105. -YUMA ARIZ MUN PPTY CORP REV 5.00 DUE 07/01/2025/17 MUNI BD | B | Interest | L | T | | | | | |
| 106. -ZIONSVILLE IND REDEV AUTH 4.25 08/01/2020/18 MUNI BOND | B | Interest | L | T | | | | | |
| 107. -FIRST FINANCIAL BANK MONEY MARKET FUND (SEE NOTE IN PART VIII) | A | Interest | K | T | | | | | |
| 108. TRUST #2 | | | | | | | | | |
| 109. -ABBOTT LABS COMMON STOCK | A | Dividend | J | T | | | | | |
| 110. -ABBVIE INC COMMON STOCK | A | Dividend | J | T | Spinoff (from line 109) | 01/08/13 | J | | |
| 111. -AT & T COMMON STOCK | A | Dividend | J | T | | | | | |
| 112. APPLE INC COMMON STOCK | A | Dividend | K | T | Buy | 07/11/13 | K | | |
| 113. -BP P.L.C. FOREIGN EQUITY | A | Dividend | J | T | | | | | |
| 114. -BRISTOL MYERS SQUIBB COMON STOCK | A | Dividend | J | T | | | | | |
| 115. -CEF UTILITIES SELECT COMMON STOCK | A | Dividend | J | T | | | | | |
| 116. -CENTURYLINK COMMON STOCK | A | Dividend | J | T | | | | | |
| 117. -CHEVRON CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 118. CMS ENERGY COMMON STOCK | A | Dividend | K | T | Buy | 07/11/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 4/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. -COLGATE PALMOLIVE (SEE NOTE IN PART VIII) COMMON STOCK | A | Dividend | J | T | | | | | |
| 120. -DANAHER COMMON STOCK | A | Dividend | K | T | | | | | |
| 121. -DUKE ENERGY CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 122. -ECOLAB COMMON STOCK | A | Dividend | K | T | | | | | |
| 123. -EVEREST RE GROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 124. -FIRST FINANCIAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 125. -GENERAL DYNAMICS COMMON STOCK | A | Dividend | J | T | | | | | |
| 126. -GENERAL ELECTRIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 127. -GENERAL MILLS INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 128. -INTEL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 129. -IBM COMMON STOCK | A | Dividend | K | T | | | | | |
| 130. -INVESCO COMMON STOCK | A | Dividend | J | T | | | | | |
| 131. -JOHNSON-JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 132. -KINDER MORGAN COMMON STOCK | A | Dividend | K | T | Buy | 07/11/13 | K | | |
| 133. -LOWES COMMON STOCK | A | Dividend | K | T | | | | | |
| 134. -MARATHON OIL COMMON STOCK | A | Dividend | J | T | | | | | |
| 135. -MARATHON PETE COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 4/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. -METLIFE INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 137. -MICROSOFT COMMON STOCK | A | Dividend | J | T | | | | | |
| 138. -NIKE COMMON STOCK | A | Dividend | K | T | | | | | |
| 139. -PEPSICO COMON STOCK | A | Dividend | J | T | | | | | |
| 140. -PFIZER INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 141. -PROCTOR & GAMBLE COMMON STOCK | A | Dividend | K | T | | | | | |
| 142. -SIMON PROPERTY GROUP COMMON STOCK | A | Dividend | K | T | Buy | 07/11/13 | K | | |
| 143. -TEVA PHARMACEUTICALS FOREIGN EQUITY | A | Dividend | J | T | | | | | |
| 144. -TORONTO-DOMINION FOREIGN EQUITY | A | Dividend | J | T | | | | | |
| 145. -UNITED TECHNOLOGIES COMMON STOCK | A | Dividend | K | T | | | | | |
| 146. -ANDERSON IN ELEC UTIL REV 4.00 DUE 01/01/2018/13 MUNI BOND | B | Interest | | | Redeemed | 04/01/13 | K | | |
| 147. -BROWN COUNTY WIS 3.75 DUE 11/01/2017/15 MUNI BOND | B | Interest | L | T | | | | | |
| 148. -CROWN POINT IN MULTI SB CORP 3.50 DUE 01/15/2015 MUNI BOND | A | Interest | K | T | | | | | |
| 149. -DENTON TEX INDPT SCH DIST SCH 3.50 08/15/2016 MUNI BOND | A | Interest | K | T | | | | | |
| 150. -EAST ALLEN MULTI SCH BLDG 3.00 DUE 07/10/2018 MUNI BOND | B | Interest | L | T | | | | | |
| 151. -FRANKFORT IN WTRWKS REV 2.80 DUE 07/01/2015 MUNI BOND | B | Interest | L | T | | | | | |
| 152. -GREENE CNTY IN REDEV AUTH 3.00 DUE 02/01/2022 MUNI BOND | | None | L | T | Buy | 07/12/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 4/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. -GREENCASTLE IN SCH 2.25 DUE 07/15/2021 MUNI BOND | A | Interest | K | T | | | | | |
| 154. -GREENVILLE HOSP SYS 5.00 DUE 05/01/2025 MUNI BOND | A | Interest | J | T | | | | | |
| 155. -GREENWOOD MIDWEST DISASTER 4.00 DUE 08/01/2017 MUNI BOND | B | Interest | K | T | | | | | |
| 156. -HAMILTON CO IN REDEV 3.55 DUE 08/01/2021 MUNI BOND | B | Interest | K | T | | | | | |
| 157. -IN ST FIN-ROSE HULMAN INST 1.60 DUE 06/01/2014 MUNI BOND | A | Interest | L | T | | | | | |
| 158. -IN ST UNIV REV HSG DIN SER A 3.50 DUE 04/01/2015 MUNI BOND | A | Interest | K | T | | | | | |
| 159. -JEFFERSONVILLE IN REDEV COMM 2.375 DUE 07/15/2022 MUNI BOND | A | Interest | K | T | Buy | 01/15/13 | K | | |
| 160. -KOKOMO CTR SCHOOL 3.20 DUE 07/15/2017 MUNI BOND | B | Interest | L | T | | | | | |
| 161. -LAKELAND IN SCH BLDG 3.00 DUE 07/15/2017 MUNI BOND | A | Interest | K | T | | | | | |
| 162. -MIAMI CNTY IN HLDG CORP 4.75 DUE 01/15/2018/17 MUNI BOND | B | Interest | L | T | | | | | |
| 163. -MUNCIE IN PUB LIBRARY 3.25 DUE 07/15/2014 MUNI BOND | B | Interest | L | T | | | | | |
| 164. -NEW CARLISLE OLIVE TWP 2.00 DUE 02/01/2014 MUNI BOND | A | Interest | L | T | | | | | |
| 165. -NINEVEH-HENSLEY-JACKSON SCHOOL 3.35 DUE 07/15/2016 MUNI BD | B | Interest | L | T | | | | | |
| 166. -NOBLESVILLE IN ECONOMIC DEV 3.00 DUE 08/01/2015 MUNI BOND | A | Interest | K | T | | | | | |
| 167. -PEOPRIA ARIZ MUN DEV AUTH 4.25 DUE 01/01/2020/18 MUNI BOND | B | Interest | L | T | | | | | |
| 168. -PORTER COUNTY IN PUBLIC LBRY 2.80 DUE 07/01/2013 MUNI BD | B | Interest | | | Matured | 07/01/13 | K | | |
| 169. -SAINT JOHN IN SEW 1.90 DUE 01/01/2020 MUNI BOND | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 4/29/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. -SOUTH BEND COMMUNITY SCHOOL 2.00 DUE 07/15/2013 MUNI BOND | A | Interest | | | Matured | 07/15/13 | K | | |
| 171. -WACHOVIA BANK NA 5.60 DUE 03/15/2016 CORP BOND | C | Interest | L | T | | | | | |
| 172. -WASHINGTON DC CONV CTR AUTH 5.00 DUE 10/01/2026 MUNI BOND | B | Interest | L | T | | | | | |
| 173. -YUMA AZ MUN PPTY CORP REV 5.00 DUE 07/01/2025/17 MUNI BOND | B | Interest | L | T | | | | | |
| 174. -ZIONSVILLE CMNTY SCHL BLDG 4.00 DUE 01/10/2020 MUNI BOND | A | Interest | K | T | | | | | |
| 175. -FIRST FINANCIAL BANK MONEY MARKET FUND | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 4/29/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Lines 17 & 119 - Colgate-Palmolive Corporation - additional shares were received during the period as a result of a 2 for 1 split.

Part VII - Lines 107 & 175 - Neither Trust holds the Federated Funds Money Market Fund as of 1/1/13. First Financial Bank Money Market Fund is the sole Money Market Fund used.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ HARRY C. DEES**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544